IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CENTURIA, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 3:11-CV-2500-N |
| | § | |
| REGIMENT SECURITY, LLC, ET AL., | § | |
| | § | |
| Defendants. | § | |

### NOTICE OF APPEARANCE OF ATTORNEY FOR PLAINTIFF CENTURIA, INC.

Notice is hereby given that Kelsey M. Weir of Klemchuk Kubasta LLP enters her appearance on behalf of Plaintiff Centuria, Inc. as attorney of record in this matter.

Kelsey M. Weir may receive all communications from the Court and from other parties at Klemchuk Kubasta LLP, 8150 North Central Expressway, Suite 1000, Dallas, Texas 75206; Telephone: (214) 367-6000; Facsimile: (214) 367-6001; E-mail: kelsey.weir@kk-llp.com.

Dated: November 3, 2011                                     Respectfully submitted,

/s/ Kelsey M. Weir
Darin M. Klemchuk
State Bar No. 24002418
James E. Davis
State Bar No. 05504200
Katherine B. Bandy
State Bar No. 24045445
Kelsey M. Weir
State Bar No. 24051504

8150 N. Central Expressway, Suite 1000
Dallas, Texas 75206
214.367.6000 (telephone)
214.367.6001 (facsimile)
darin.klemchuk@kk-llp.com
jim.davis@kk-llp.com
katherine.bandy@kk-llp.com
kelsey.weir@kk-llp.com
docketing_kkllp@me.com

**ATTORNEYS FOR CENTURIA, INC.**

CERTIFICATE OF SERVICE

I hereby certify that I have on November 3, 2011, electronically filed the foregoing with the Clerk of court using CM/ECF system, which will send notification of such filing to the following person(s) via email:

William A. Smith
SMITH & DAVIS, PLLC
10440 N. Central Expressway
Suite 1295
Dallas, Texas 75231

ATTORNEY FOR DEFENDANTS

/s/ Kelsey M. Weir
Kelsey M. Weir