UNITED SATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CENTURIA, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CAUSE NO. 3:11-cv-02500-N |
| | § | |
| REGIMENT SECURITY, LLC and | § | |
| ADAM HAMON, INDIVIDUALLY, | § | |
| | § | |
| Defendants. | § | |

## UNOPPOSED MOTION TO WITHDRAW AND
## SUBSTITUTE COUNSEL OF RECORD

TO THE HONORABLE COURT:

COMES NOW Plaintiff Centuria, Inc. ("Centuria") and files its Unopposed Motion to Withdraw and Substitute Counsel of Record and, in support, would show the Court as follows:

Centuria desires to substitute Peter S. Wahby and R. Craig Woods of Greenberg Traurig, LLP, 2200 Ross Avenue, Suite 5200, Dallas, Texas 75201, in place of Darin M. Klemchuk, Katherine B. Bandy, Kelsey M. Weir and James E. Davis of Klemchuk Kubasta LLP, 8150 N. Central Expy., 10th Floor, Dallas, Texas 75206. Therefore, Centuria moves for an order allowing the withdrawal of Darin M. Klemchuk, Katherine B. Bandy, Kelsey M. Weir and James E. Davis of Klemchuk Kubasta LLP, as attorneys of record for Centuria and substituting the law firm of Greenberg Traurig, LLP, as attorneys of record for Centuria.

This motion is not made for delay but rather so that justice may be done. Furthermore, Centuria approves of the substitution and Defendants Regiment Security, LLC and Adam Hamon are unopposed to the relief sought by this Motion.

WHEREFORE, PREMISES CONSIDERED, Centuria prays that the Court grant this Unopposed Motion to Withdraw and Substitute Counsel of Record and allow Darin M. Klemchuk, Katherine B. Bandy, Kelsey M. Weir, James E. Davis and the law firm of Klemchuk Kubasta LLP, to withdraw as attorneys of record for Centuria and order the law firm of Greenberg Traurig, LLP, to appear and be designated as attorneys of record for Centuria and for such other and further relief to which Centuria may show it is justly entitled.

Dated:   January 12, 2012                          Respectfully submitted

**KLEMCHUK KUBASTA LLP**

By:      /s/ Katherine B. Bandy
         Darin M. Klemchuk
         State Bar No. 24002418
         James E. Davis
         State Bar No. 05504200
         Katherine B. Bandy
         State Bar No. 24045445
         Kelsey M. Weir
         State Bar No. 24051504
         8150 N. Central Expy., 10th Floor
         Dallas, Texas 75206
         Tel:  (214) 367-6000
         Fax:  (214) 367-6001


**GREENBERG TRAURIG, LLP**

By:      /s/ R. Craig Woods
         Peter S. Wahby
         State Bar No. 24011171
         R. Craig Woods
         State Bar No. 24042663
         2200 Ross Avenue, Suite 5200
         Dallas, Texas  75201
         Tel:  (214) 665-3600
         Fax:  (214) 665-3601

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for Defendants Regiment Security, LLC and Adam Hamon and they do not oppose the relief sought in this motion.

/s/ Katherine B. Bandy
Katherine B. Bandy

## CERTIFICATE OF SERVICE

I hereby certify that, on January 12, 2012, I electronically filed the foregoing with the Clerk of the court using CM/ECF system, which will send notification of such filing to the following person via email.

William A. Smith
Smith & Davis, PLLC
10440 N. Central Expressway
Suite 1295
Dallas, Texas 75231

**ATTORNEYS FOR DEFENDANTS/
COUNTER-PLAINTIFFS**

/s/ Katherine B. Bandy
Katherine B. Bandy